CRAWFISH PROCESSORS ALLIANCE; LOUISIANA DEPARTMENT OF AGRICULTURE and FORESTRY; BOB ODOM, COMMISSIONER, Plaintiffs, v. UNITED STATES, Defendant, and HONTEX ENTERPRISES, INC., d/b/a LOUISIANA PACKING COMPANY; QINGDAO RIRONG FOODSTUFF CO., LTD. and YANCHENG HAITENG AQUATIC PRODUCTS & FOODS CO., LTD; BO ASIA, INC., GRAND NOVA INTERNATIONAL, INC., PACIFIC COAST FISHERIES CORP., FUJIAN PELAGIC FISHERY GROUP CO., QINGDAO ZHENGRI SEAFOOD CO., LTD. and YANGCHENG YAOU SEAFOOD CO., Defendant-Intervenors and Plaintiffs.

Consol. Court No. 02–00376

### *JUDGMENT*

TSOUCALAS, Senior Judge: Upon consideration of the Department of Commerce's *Final Remand Results of Redetermination Pursuant to Court Remand*, filed with the Court on January 28, 2008 (*"Final Results"*), the Court finds that those remand results comply with the Court's remand order in *Crawfish Processors Alliance v. United States*, 31 CIT ___, Slip Op. 07–156 (October 30, 2007) insofar as they treat Fujian Pelagic Fishery Group Co. ("Fujian") and Pacific Coast Fisheries Corp. ("Pacific Coast") as affiliated parties pursuant to 19 U.S.C. § 1677(33)(E). Having done so, Department of Commerce recalculated Fujian's dumping margin from 174.04% to 60.83% for the period September 1,1999 through August 31, 2000, the period of review. No party objected to the *Final Results*. Therefore, it is hereby

**ORDERED** that the *Final Results* are affirmed; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

**SO ORDERED.**